### WESLEY OGDEN v. CHARLES H. COX.

This court is not inclined to disturb the verdict of a jury in a case originating in the court of a Justice of the Peace, unless it be plain that the law has been violated, and that injustice has been done.

APPEAL from Calhoun. Tried below before the Hon. Fielding Jones.

This was a suit by the appellee, on an account for $82.40, for repairs done upon a house.

The appellant, in his petition for a *certiorari*, alleged that he employed the appellee to do the said work, as the agent of *one* Thrall, and upon the understanding, that he was not to be personally liable for the same; that, at the time, the appellee was indebted to Thrall, and agreed that the work upon the house, should go in payment of this indebtedness.

Upon the trial, the appellee proved that he did the work, and that the amount charged was reasonable and proper; also, that the appellant was frequently present while the repairs were being made, and gave directions about the same.

The appellant then proved by one witness, that he was present, and heard the contract between the parties for the repairs, and that the appellant informed the appellee, that he was only the agent for Thrall, the owner of the house, that it had been idle so long, that he had no money belonging to the house, and if he did the work, he would have to wait until the house made the money to pay him; which was agreed to by the appellee.

This witness also testified to many other facts touching the agreement about the repairs; the subsequent retention of possession of the house by the appellee; his renting it to another party; and as to matters occurring upon the trial of other suits between the parties, for rent and possession of the house. As to some of these matters, the appellee introduced witnesses in rebuttal, whose testimony served, to some extent, to contradict that of the appellant's witness.

The statement of facts was quite voluminous, and as copied into the record, was, in some places, unintelligible; but this statement, in connection with the opinion, is believed to be sufficient for the proper understanding of the case.

*F. S. Stockdale,* for the appellant.

*J. J. Holt,* for the appellee.

BELL, J.—This suit was instituted in the court of a Justice of the Peace, by Cox against Ogden. Cox recovered a judgment in the magistrate's court, and Ogden obtained a writ of *certiorari.* The case was again tried in the District Court, and Cox again obtained judgment against Ogden. The testimony is voluminous, and not very intelligible. The court instructed the jury as favorably for Ogden as was proper under the circumstances of the case. There is no error in the charge of the court; and the case is one of a class in which we are not inclined to disturb the verdict of a jury, unless it is plain that the law has been violated, and that injustice has been done.

We are not able to perceive that the verdict and judgment have not attained the justice of the case. 'The judgment of the court below is therefore affirmed.

Judgment affirmed.